# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERMAN ISAIAS XANTE LUCAS,

Petitioner,

v.

WARDEN NORTHWEST ICE PROCESSING CENTER, et al.,

Respondents.

JUDGMENT IN A CIVIL CASE

CASE NO. C26-3757JLR

__ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

The court GRANTS IN PART the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. # 12) and ORDERS Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) that follows *Singh v. Holder*, 638 F.3d 1196, 1203-1204 (9th Cir. 2011).

Filed this 10th day of November, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk